The People of the State of Colorado, Plaintiff-Appellee, v. Sir Mario Owens, Defendant-Appellant. No. 17CA1182
Court of Appeals of Colorado, Sixth Division
October 7, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 
 Arapahoe County District Court No. 05CR2945 Honorable
 Christopher J. Munch, Judge
 
 
 
 OPINION
 
 
 
 RICHMAN, JUDGE
 
 
 ORDER
 AFFIRMED
 
 
 
 Welling, J ., concurs
 
 
 
 Berger, J ., specially concurs